## PETITION UNDER 28 USC § 2254 FOR WRIT OF
## HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: | |
|---|---|---|
| Name (under which you were convicted): Jimmy Woodrow Magee | | Docket or Case No.: 12-CR8-119574 |
| Place of Confinement: Dixon Correctional Institute | | Prisoner No.: 506356 |
| Petitioner (include the name under which you were convicted) Jimmy Woodrow Magee | Respondent (authorized person having custody of petitioner) Warden Jason Kent | |
| The Attorney General of the State of Louisiana | | |

**PETITION**

RECEIVED
AUG 15 2018
U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
DEPUTY CLERK

1. (a) Name and location of court that entered the judgment of conviction you are challenging:
   22nd Judicial District Court Parish of Washington, State of Louisiana Washington & Main St., P.O. Box 607, Franklinton, LA. 70438-0607
   (b) Criminal docket or case number (if you know): 12-CR8-119574

2. (a) Date of the judgment of conviction (if you know): April 30, 2014
   (b) Date of sentencing: April 30, 2014

3. Length of sentence: (25) Twenty-five years

4. In this case, were you convicted on more than one count or of more than one crime?  ☒ Yes  ☐ No

5. Identify all crimes of which you were convicted and sentenced in this case:
   Forcible Rape
   Second Degree Kidnapping

6. (a) What was your plea? (Check one)
   ☒ (1) Not guilty       ☐ (3) Nolo contendere (no contest)
   ☐ (2) Guilty           ☐ (4) Insanity plea

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count ro charge, what did you plead guilty to and what did you plead not guilty to? Not guilty to Forcible Rape and Not guilty to Second Degree Kidnapping.

(c) If you went to trial, what kind of trial did you have? (Check one)

☑ Jury   ☐ Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☑ Yes   ☐ No

8. Did you appeal from the judgment of conviction?

☑ Yes   ☐ No

9. If you did appeal, answer the following:
   (a) Name of court: 22nd Judicial District Court / In the First Circuit Court of Appeal
   (b) Docket or case number (if you know): 2015 KA 0105
   (c) Result: Denied
   (d) Date of result (if you know): June 5, 2015
   (e) Citation to the case (if you know): State v. Reed, 409 So. 2d 266, 267 (La. 1982) State v. Brown, 2002-2231 (La. App. 1 Cir. 5/9/03) 849 So.2d 566, 569
   (f) Grounds raised:

(1) Denied of motion to Reconsider and that the sentence imposed was excessive.

(2) Failed to provide sentences to be served at hard labor and an illegal sentence imposed.

(g) Did you seek further review by a higher state court?   ☑ Yes   ☐ No

If yes, answer the following:
(1) Name of court: Supreme Court of Louisiana
(2) Docket or case number (if you know): 2017-KW-0681
(3) Result: Denied

(4) Date of result (if you know): October 10th, 2016

(5) Citation to the case (if you know):

(6) Grounds raised:

(b) Did you file a petition for certiorari in the United States Supreme Court?  ☐ Yes  ☑ No

If yes, answer the following:

(1) Docket or case number (if you know):

(2) Result:

(3) Date of result (if you know):

(4) Citation to the case (if you know):

10. Other than the direct appeals listed above, have you previously filed any other petitions, application, or motions concerning this judgment of conviction in any state court?  ☑ Yes  ☐ No

11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: 22nd Judicial District Court (Post-Conviction Relief)
        (2) Docket or case number (if you know): 12-CR8-119574
        (3) Date of filing (if you know): May 10, 2017
        (4) Nature of the proceeding: Trial Court order for copy of transcripts to be provided to Defendant
        (5) Grounds raised:

        (6) Did you receive a hearing where evidence was given on your petition, application, or motion?
            ☐ Yes  ☑ No
        (7) Result: Denied
        (8) Date of result (if you know): May 24, 2018

(b) If you filed any second petition, application, or motion, give the same information:

    (1) Name of court:

    (2) Docket or case number (if you know):

    (3) Date of filing (if you know):

    (4) Nature of the proceeding:

    (5) Grounds raised:

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

    ☐ Yes      ☐ No

    (7) Result:

    (8) Date of Result (if you know):

(c) If you filed any third petition, application, or motion, give the same information:

    (1) Name of court:

    (2) Docket or case number (if you know):

    (3) Date of filing (if you know):

    (4) Nature of the proceeding:

    (5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes     ☐ No

(7) Result:

(8) Date of result (if you know):

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

    (1) First petition:     ☐ Yes     ☐ No

    (2) Second petition:   ☐ Yes     ☐ No

    (3) Third petition:    ☐ Yes     ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:


12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties fo the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

**GROUND ONE:**


(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim):










(b) If you did not exhaust your state remedies on Ground One, explain why:

(c) **Direct Appeal of Ground One:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?    ☐ Yes    ☐ No

    (2) If you did not raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

    ☐ Yes    ☐ No

    (2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

    (3) Did you receive a hearing on your motion or petition?    ☐ Yes    ☐ No

    (4) Did you appeal form the denial of your motion or petition?    ☐ Yes    ☐ No

    (5) If your answer to Question (d)(4) if "Yes," did you raise this issue in the appeal?    ☐ Yes    ☐ No

    (6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

    (7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One:

**GROUND TWO:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) If you did not exhaust your state remedies on Ground Two, explain why:

(c)     **Direct Appeal of Ground Two:**

    (1) If you appealed form the judgment of conviction, did you raise this issue?    ☐ Yes    ☐ No

    (2) If you did not raise this issue in your direct appeal, explain why:    ☐ Yes    ☐ No

(d)     **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

        ☐ Yes    ☐ No

    (2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☐ No

(4) Did you appeal form the denial of your motion or petition? ☐ Yes ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two

**GROUND THREE:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) If you did not exhaust your state remedies on Ground Two, explain why:

(c) **Direct Appeal of Ground Three:**

　(1) If you appealed form the judgment of conviction, did you raise this issue?　　☐ Yes　☐ No

　(2) If you did not raise this issue in your direct appeal, explain why:　　☐ Yes　☐ No

(d) **Post-Conviction Proceedings:**

　(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

　　☐ Yes　　☐ No

　(2) If your answer to Question (d)(1) is "Yes," state:

　Type of motion or petition:

　Name and location of the court where the motion or petition was filed:

　Docket or case number (if you know):

　Date of the court's decision:

　Result (attach a copy of the court's opinion or order, if available):

　(3) Did you receive a hearing on your motion or petition?　　☐ Yes　☐ No

　(4) Did you appeal form the denial of your motion or petition?　　☐ Yes　☐ No

　(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?　　☐ Yes　☐ No

　(6) If your answer to Question (d)(4) is "Yes," state:

　Name and location of the court where the appeal was filed:

　Docket or case number (if you know):

　Date of the court's decision:

　Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e)     **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two

## GROUND FOUR:

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) If you did not exhaust your state remedies on Ground Two, explain why:

(c)     **Direct Appeal of Ground Four:**

| | | |
|---|---|---|
| (1) If you appealed form the judgment of conviction, did you raise this issue? | ☐ Yes | ☐ No |
| (2) If you did not raise this issue in your direct appeal, explain why: | ☐ Yes | ☐ No |

(d)     **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes     ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☐ No

(4) Did you appeal form the denial of your motion or petition?  ☐ Yes  ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☐ Yes  ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e)   **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two

13. Pleas answer these additional questions about the petition you are filing:

    (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?   ☐ Yes   ☐ No

    If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them:

    (b) Is there any ground in this petition that has not been presented in some state or federal court? If so, what ground or grounds have not been presented, and state your reasons for not presenting them:

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?   ☐ Yes   ☐ No

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available.

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?   ☐ Yes   ☐ No

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the ground raised.

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing:

(b) At arraignment and plea:

(c) At trial:

(d) At sentencing:

(e) On appeal:

(f) In any post-conviction proceeding:

(g) On appeal from any ruling against you in a post-conviction proceeding:

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?  ☐ Yes  ☐ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed:

(c) Give the length of the other sentence:

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?  ☐ Yes  ☐ No

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of –

   (A)   the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

   (B)   the date on which the impediment to filing an application created by State action in violation of the Constitution ro laws of the united States is removed, if the applicant was prevented from filing by such state action;

   (C)   the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

   (D)   the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect ot the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief:

or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _____ (month, date, year).

Executed (signed) on _____ (date).

*Jimmy W. Magee*
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

August 11, 2018

U.S. District Court
Middle District of Louisiana
Clerk of Court
777 Florida Street, Suite 139
Baton Rouge, LA 70801

RE: Jimmy Woodrow Magee v Warden Jason Kent, the Attorney General of the State of Louisiana, 12-CR8-17574

Dear Clerk,

Enclosed is the Petition Under 28 USC § 2254 Writ of Habeas Corpus by a Peson in State Custody. It is filled out properly. The writ application is being finished. It shall be mailed shortly afterwards.

In advance, I thank you for your consideration and time involved in this important matter.

Respectfully submitted,
Jimmy W. Magee

Jimmy Magee 506356
Dixon Correctional Institute
Unit 1 Dorm F
P.O. Box 788
Jackson, LA 70748-0788

Jimmy W. Magee 506356
Dixon Correctional Institute
Unit 1 Dorm F
P.O. Box 788
Jackson, LA 70748-0788

SCREENED
OK
U.S. MARSHAL

"LEGAL MAIL"

U.S. District Court
Middle District of Louisiana
Clerk of Court's Office
777 Florida Street, Suite 139
Baton Rouge, LA 70801

"LEGAL MAIL"