UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**JIMMY WOODROW MAGEE (#506356)**

**VERSUS**

**JASON KENT, ET AL.**

CIVIL ACTION

NO. 18-773-SDD-RLB

**ORDER**

This matter is before the Court on the petitioner's application for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2254. Through this application, the petitioner challenges his conviction and sentence entered in the 22nd Judicial District Court for the Washington, State of Louisiana. The petitioner is currently confined at the Dixon Correctional Institute in Jackson, Louisiana.

Under 28 U.S.C. § 2241(d), when an application for a writ of *habeas corpus* is made by a person in custody under a judgment and sentence of a state court in a state that contains two or more federal judicial districts, the application may be filed in the district court for the district wherein such person is in custody or in the district court for the district within which the State court was held which convicted and sentenced him, and each of such district courts shall have concurrent jurisdiction to entertain the application. Under § 2241(d), the district court for the district where the application is filed may, in the exercise of its discretion and in the furtherance of justice, transfer the application to another district court for hearing and determination.

The petitioner's application demonstrates that the petitioner's confinement relates to proceedings conducted in the Eastern District of Louisiana. The Court believes that it is in the interest of justice to transfer this case to the Eastern District of Louisiana where the evidence and witnesses will more likely be easily located and produced, and a proper jurisdictional decision can be made. Accordingly,

**IT IS ORDERED** that this matter be and is hereby **TRANSFERRED** to the Eastern District of Louisiana for further proceedings.

Signed in Baton Rouge, Louisiana, on September 12, 2018.

_____
**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**