UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JIMMY WOODROW MAGEE | CIVIL ACTION |
| VERSUS | NO. 18-8852 |
| WARDEN JASON KENT | SECTION "M"(2) |

## O R D E R

Having considered the petition, the record, the applicable law, the Findings and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Findings and Recommendation, the Court hereby approves the Findings and Recommendation of the United States Magistrate Judge and adopts such Findings and Recommendation as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of Jimmy Woodrow Magee for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 be **DISMISSED WITH PREJUDICE** for failure to prosecute.

New Orleans, Louisiana, this 20th day of November, 2018.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE