UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JIMMY WOODROW MAGEE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-8852** |
| **WARDEN JASON KENT** | **SECTION "M"(2)** |

## J U D G M E N T

The court having approved the Findings and Recommendation of the United States Magistrate Judge and having adopted it as its opinion herein; accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of respondent, Warden Jason Kent, and against petitioner, Jimmy Woodrow Magee, dismissing Magee's petition for issuance of writ of habeas corpus under 28 U.S.C. § 2254 with prejudice for failure to prosecute.

New Orleans, Louisiana, this 20th day of November, 2018.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE